UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RED SUN ENERGY LONG AN COMPANY LIMITED,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>          Defendant. | Court No. 23-00198 |

**NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiffs, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, herby dismisses this action.

Dated: 12/20/2023

/s/ Jonathan M. Freed
Attorney for Plaintiff
Trade Pacific PLLC
700 Pennsylvania Avenue, SE, Suite 500
Washington, DC  20003
Tel:  (202) 223-3760
jfreed@tradepacificlaw.com

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated:  December 20, 2023

Clerk, U.S. Court of International Trade

By:      /s/ Casey A. Cheevers
           Deputy Clerk